STATE OF CONNECTICUT *v.* RAYMOND F. WARREN

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 446 (AC 24170), is denied.

*Sebastian O. DeSantis,* special public defender, in support of the petition.

*Annemarie L. Braun,* deputy assistant state's attorney, in opposition.

Decided September 8, 2004

NATIONWIDE MUTUAL INSURANCE COMPANY *v.* JAMES ALLEN ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 83 Conn. App. 526 (AC 24190/ AC 24191), is denied.

*Neil Johnson,* in support of the petition.

*Kristen Schultze Greene,* in opposition.

Decided September 8, 2004

RUSSELL JOHNSON *v.* COMMISSIONER OF CORRECTION

The petitioner Russell Johnson's petition for certification for appeal from the Appellate Court, 83 Conn. App. 714 (AC 24245), is denied.

*Robert E. Byron,* special public defender, in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided September 8, 2004